2005 OK 59

**In the Matter of the STRIKING OF NAMES OF MEMBERS OF the OKLAHOMA BAR ASSOCIATION for Noncompliance with Mandatory Continuing Legal Education Requirement for the Year 2003.**

S.C.B.D. No. 4929.

Supreme Court of Oklahoma.

Sept. 12, 2005.

### *ORDER STRIKING NAMES*

[¶ 1] There came on for consideration the Application by the Board of Governors of the Oklahoma Bar Association for an Order striking the names of attorneys from the membership rolls of the Oklahoma Bar Association and from the practice of law in the State of Oklahoma for failure to comply with the Mandatory Continuing Legal Education requirements for the year 2003.

[¶ 2] It appears to the Court that the Board of Governors at their August 19, 2005 meeting, in compliance with Rule 6(e) of the Rules of the Supreme Court for Mandatory Continuing Legal Education, established that the hereinafter named members of the Oklahoma Bar Association were suspended from membership in the Association and the practice of law in the State of Oklahoma by Order of this Court in Case No. S.C.B.D. 4929 on July 1, 2004 for noncompliance with Mandatory Continuing Legal Education requirements for 2003. It further appears to the Court that the Board of Governors determined that no application for reinstatement has been filed by said members within one year of the suspension.

[¶ 3] **THE COURT THEREFORE FINDS**, that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules of the Supreme Court for Mandatory Continuing Legal Education, and that the following attorneys should be and are hereby stricken from the membership rolls of the Oklahoma Bar Association and from the practice of law in the State of Oklahoma, for failure to comply with the Mandatory Continuing Legal Education requirements for year 2003, to wit:

/s/ Joseph M. Watt
JOSEPH M. WATT, Chief Justice

WINCHESTER, V.C.J., LAVENDER, HARGRAVE, KAUGER, EDMONDSON, TAYLOR, COLBERT, JJ., concur.

OPALA, J., not participating.

### *EXHIBIT A*

Mary Kathryn Behlen  OBA No. 11321
PO Box 6538
Edmond, OK 73083-6538

Richard Wayne Bohan  OBA No. 11229
8915 Red Cloud Road
Houston, TX 77064

Alford A. Bratcher  OBA No. 13661
RR 4 Box 224 G
Duncan, OK 73533-9437

Geoffrey Layton Burks  OBA No. 18664
1015 Providence Towers E
5001 Spring Valley Rd
Dallas, TX 75244

Keith Tulloss Childers  OBA No. 1657
5017 Steanson # E
Oklahoma City, OK 73112

Loeva Jane Martin Cook  OBA No. 1870
622 New Jersey Ave
Norfolk, VA 23508

Shane Mark Egan  OBA No. 15545
Weil Gotshal & Manges Llp
767 Fifth Ave
New York, N.Y. 10153

Richard Alan Gurley  OBA No. 10828
1016 Grover Lane
Norman, OK 73069

Michael Charles Heathco  OBA No. 14580
PO Box 406
Lawton, OK 73502-0406

Kimberly D. King-Hopkins  OBA No. 19025
MD 41-3
One Williams Cntr
Tulsa, OK 74172

Lisa Greeman Lowry  OBA No. 14771
4145 E 35th Pl
Tulsa, OK 74135

Mark Douglas Mainprize  OBA No. 16268
23804 E. Tecumseh Ave.
Catoosa, OK 74015

Shirley Ann Marzan  OBA No. 17092

15889 SW 66th Terr
Miami, FL 33193

John David Merritt    OBA No. 18777
1917 Riverside Drive
Apt. C
Tulsa, OK 74119

Peter Gregory Pariseau    OBA No. 14863
PO Box 35827
Tulsa, OK 74153-0827

William David Ridout    OBA No. 7572
6716 S St Louis Ave
Tulsa, OK 74136

Scott Gerald Robelen    OBA No. 14016
3987 S. Gessner # 360
Houston, TX 77063

James Carl Schlecht    OBA No. 15619
3034 Lacey
Chickasha, OK 73018-7323

Robert Wayne Stansel    OBA No. 18607
Tawwater & Slama LLP
211 N Robinson Ste 1950
Oklahoma City, OK 73102

Joseph David Weinstock    OBA No. 19252
1341 Yale St # 5
Santa Monica, CA 90404

Laurie Ann Welborn    OBA No. 13538
9806 Pleasant Rd
Daphne, AL 36526

Barbara Anne West    OBA No. 18489
1516 Avondale Drive
Norman, OK 73069

James S Wooley    OBA No. 9881
420 Greenridge Ct
Debary, FL 32713